DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| GERARDO FLORES,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION; J.P. MORGAN CHASE BANK, N.A.; and DOES 1-10 inclusive,<br><br>        Defendants. | Case No. 5:18-cv-01311 JVS (KKx)<br><br>**ORDER OF DISMISSAL** |

Defendants JPMorgan Chase Bank, N.A. ("Chase") and Federal Home Loan Mortgage Corporation ("Federal") (together "Defendants") filed a motion to dismiss Plaintiff Gerardo Flores' ("Flores") First Amended Complaint ("FAC") for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). Mot., Docket No. 17. Flores filed an opposition. Opp'n, Docket No. 18. Defendants replied. Reply, Docket No. 20.

On September 10, 2018, the Court dismissed Flores' original Complaint for failure to state a claim. Order, Docket No. 15. In that order, the Court found that all three of Flores' claims were facially time-barred by the statute of limitations, and that Flores' Complaint failed to plead sufficient facts to establish that the delayed discovery rule or estoppel should apply to postpone the limitations period. Id. at 4-6.

**THE COURT FINDS** that the FAC is essentially identical to the original Complaint. The FAC adds no new allegations that support a finding of delayed discovery or estoppel. Compare Compl., Docket No. 1-2 ¶¶ 14-16, with FAC, Docket No. 16 ¶¶ 14-16.

**THE COURT GRANTS DEFENDANTS' MOTION TO DISMISS WITH PREJUDICE, AND WITHOUT LEAVE TO AMEND.**

**IT IS SO ORDERED.**

Dated: November 26, 2018

_____
The Honorable James V. Selna
United States District Court Judge

2

CASE NO.: 5:18-cv-01311 JVS (KKx)
[PROPOSED] ORDER OF DISMISSAL